

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00011-CV

**IN THE INTEREST OF A.V.** and A.V., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-17414
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ordered that appellee, Luis Valdivia, recover his costs of this appeal from appellant, Maria Estrada.

SIGNED October 28, 2015.

_____
Sandee Bryan Marion, Chief Justice